1
2
3        IN THE UNITED STATES DISTRICT COURT
4        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7    AARON KIRKLAND,
8                        Plaintiff,                NO. C06-0995 TEH
9             v.                                   ORDER VACATING CASE
                                                   MANAGEMENT CONFERENCE
10   ELI LILLY AND COMPANY,
11                        Defendant.
12

13        The Court is in receipt of a letter, dated May 17, 2006, from the Judicial Panel on

14   Multidistrict Litigation ("JPML"), stating that no opposition to the JPML's conditional

15   transfer order was received during the allowable 15-day period in this case and that,

16   therefore, the case will soon be transferred to the Eastern District of New York as part of

17   MDL-1596, *In re Zyprexa Products Liability Litigation*.  Accordingly, with good cause

18   appearing, the June 19, 2006 case management conference is hereby VACATED.

19

20   **IT IS SO ORDERED.**

21

22   Dated:   06/06/06                    _____
23                                        THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT
24
25
26
27
28

**United States District Court**
For the Northern District of California